IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | McCoy, Willis J | Case Number: 04 B 41014 |
|---|---|---|
| | | Judge: Squires, John H |
| | Printed: 8/26/08 | Filed: 11/4/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: July 1, 2008
Confirmed: January 12, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 5,661.75 | |
| Secured: | | 0.00 |
| Unsecured: | | 2,414.94 |
| Priority: | | 0.00 |
| Administrative: | | 2,605.20 |
| Trustee Fee: | | 271.86 |
| Other Funds: | | 369.75 |
| Totals: | 5,661.75 | 5,661.75 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 2,605.20 | 2,605.20 |
| 2. | DaimlerChrysler Financial | Unsecured | 938.08 | 0.00 |
| 3. | Resurgent Capital Services | Unsecured | 518.17 | 2,164.33 |
| 4. | City Of Chicago Dept Of Revenue | Unsecured | 60.00 | 250.61 |
| 5. | Peoples Energy Corp | Unsecured | 101.50 | 0.00 |
| 6. | AT&T | Unsecured | | No Claim Filed |
| 7. | Mercury Finance Co | Unsecured | | No Claim Filed |
| 8. | Capital One | Unsecured | | No Claim Filed |
| 9. | Cfc Deficiency Recover | Unsecured | | No Claim Filed |
| 10. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 11. | Cingular Wireless | Unsecured | | No Claim Filed |
| 12. | Evergreen Finance | Unsecured | | No Claim Filed |
| 13. | Financial Management & Assoc | Unsecured | | No Claim Filed |
| 14. | IDPA | Unsecured | | No Claim Filed |
| 15. | Foa Bank | Unsecured | | No Claim Filed |
| 16. | Howard Style Shops Inc | Unsecured | | No Claim Filed |
| 17. | Ace | Unsecured | | No Claim Filed |
| 18. | F.W. LLC | Unsecured | | No Claim Filed |
| 19. | Park Dansan | Unsecured | | No Claim Filed |
| | | | $ 4,222.95 | $ 5,020.14 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 4.41 |
| 4% | 12.67 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  McCoy, Willis J

Printed: 8/26/08

Case Number: 04 B 41014
Judge: Squires, John H
Filed: 11/4/04

|      |       |
|------|-------|
| 3%   | 6.82  |
| 5.5% | 87.72 |
| 5%   | 14.34 |
| 4.8% | 49.11 |
| 5.4% | 96.79 |
|      | _____ |
|      | $ 271.86 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

